■ In the Matter of LAURENCE PIAZZA, Petitioner, v WILLIAM P. HARRIS, as Chief of Police of the Town of Harrison, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent police commissioner dated July 13, 1983, which, after a hearing, found petitioner guilty of failing to answer questions truthfully and completely during a prior departmental hearing and suspended him for 20 days without pay.

Determination confirmed and proceeding dismissed on the merits, with costs.

Petitioner, a police officer with the Harrison Police Department, was charged with failing to answer questions truthfully and completely while testifying under oath at a prior departmental hearing. The record discloses cogent evidence in support of the determination that petitioner was guilty as charged. As such the determination was based upon substantial evidence (*Matter of Pell v Board of Educ.*, 34 NY2d 222).

Petitioner also contends that he was not accorded a fair hearing. However, based on our review of the record, this contention is without merit. Lazer, J. P., Bracken, Brown and Lawrence, JJ., concur.